Teresa Young

v

Department of the Treasury, IRS, et al

**THOMAS L. PARKER**

Teresa Young

v

Department of the Treasury, IRS, et al

DIANE K. VESCOVO