# UNITED STATES OF AMERICA DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION AT MEMPHIS

Teresa Young (a/k/a)
Donella D. (pseudonym),            )         DOCKET NUMBER
Plaintiff,                         )
                                   )         _____
v.                                 )
                                   )
DEPARTMENT OF THE TREASURY, IRS    )
Steven T. Mnuchen, Secretary,      )         DATE: JUNE 11, 2019
Agency.                            )

## MOTION TO REQUEST A COURT APPOINTED ATTORNEY

TO THE HONORABLE CHANCELLORS AND/OR MAGISTRATES OF THE UNITED STATES OF AMERICA DISTRICT COURT IN TENNESSEE FOR THE WESTERN DISTRICT AT MEMPHIS

### I. JURISDICTION AND PARTIES

Pursuant to Federal Rule of Civil Procedure Plaintiff moves to receive a court appointed attorney. This matter is before the Court on the motion of the Plaintiff, to receive a court appointed attorney.

**WHEREFORE**, the Petitioner respectfully requests that this motion be granted and this Court and/or Chief Magistrate enter an order

(1.) Granting leave for the Petitioner to receive a court-appointed attorney.

(2.) Granting leave for the Plaintiff to receive an extension of time for any future responses to this litigation until a court appointed attorney has been assigned.

## II. ARGUMENT

Plaintiff seeks the Court grant her leave to receive a court-appointed attorney. Plaintiff does not currently have the financial means to afford an attorney who can litigat at the federal level. Plaintiff believes that all citizens should have the right to due process and justice should not be just for the rich but for **all**. Plaintiff is a United States' military veteran. Plaintiff defended the country, now, it is the Plaintiff who needs the country to assist in her time of defense.

## III. CONCLUSION

For the foregoing reasons, Plaintiff requests that the Court grant her leave to receive a court-appointed attorney.

    Respectfully submitted this 11th day of June, 2019.

BY: _/s/ Teresa Young_
Teresa Young
P.O. Box 241702
Memphis, TN 38124