RECEIVED

# AGREEMENT TO RECEIVE NOTICE OF ELECTRONIC FILING (NEF)

NOTE: This Form Does Not Authorize Electronic Filing

Re: _____
      Case Number

By my signature and submission of a valid email address, I agree to accept Notice(s) of Electronic Filing from the United States District Court, Western District of Tennessee.

Teresa Young
Printed Name

alyssa_816@hotmail.com
Email address (PLEASE PRINT)
      ↳ underscore

Signature

If the NEF is returned as undeliverable, this agreement is null and void, and future documents will be mailed via U.S. Postal Service by Clerk's office upon notification of the undeliverable email.