IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**TERESA YOUNG,**

    **Plaintiff,**

v.                                                                 Case No.  2:19-cv-02384-TLP-dkv

**DEPARTMENT OF THE TREASURY;
IRS; AND STEVEN T. MNUCHIN, UNITED
STATES SECRETARY OF THE TREASURY,**

    **Defendants.**

---

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT WITH CASE MERGER AND JOIN PARTIES

    **COME NOW**, Defendants Department of the Treasury; IRS; and Steven T. Mnuchin, United States Secretary of the Treasury, by and through undersigned counsel, and respond to Plaintiff's Motion to Amend Complaint with Case Merger and Join Parties (ECF No. 91), respectfully stating as follows:

    The Defendants do not oppose Plaintiff's request to file the proposed amended complaint that was attached to Plaintiff's motion (ECF No. 91-1).  Plaintiff included language in her motion, however, requesting that the present case be "joined" with a case that was pending before the EEOC.  Because the language used in Plaintiff's motion suggests possible broader amendments, the Defendants request that the amendments be limited to those included in the proposed amendment complaint.   The Defendants also ask that the Court direct Plaintiff to file the amended complaint within five (5) days of the entry of the Court's Order granting the request.

The Defendants oppose Plaintiff's request that she be granted a default judgment, and incorporate by reference their prior response on this issue (ECF No. 79).

The Defendants are not taking a position regarding Plaintiff's renewed request for the appointment of counsel.

        Respectfully submitted,

        D. MICHAEL DUNAVANT
        UNITED STATES ATTORNEY

        By: /s/ M. Jason Martin
        M. Jason Martin (TN #27404)
        Monica M. Simmons-Jones (TN #18892)
        ASSISTANT UNITED STATES ATTORNEYS
        UNITED STATES ATTORNEY'S OFFICE
        WESTERN DISTRICT OF TENNESSEE
        167 North Main Street, Suite 800
        Memphis, Tennessee 38103
        (901) 544-4231
        jason.martin3@usdoj.gov
        monica.simmons@usdoj.gov

## CERTIFICATE OF SERVICE

I, M. Jason Martin, Assistant United States Attorney for the Western District of Tennessee, certify that the foregoing was filed via the Court's CM/ECF system and thereby served on Plaintiff, Teresa Young, this 9th day of January 2019.

        /s/ M. Jason Martin
        M. Jason Martin
        ASSISTANT UNITED STATES ATTORNEY